| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC** <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> Telephone: 561-241-6901 <br> Local Telephone: 973-575-0707 <br> Attorneys For Secured Creditor <br><br><br> Shauna Deluca, Esq. (SD-8248) | Order Filed on August 12, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **In Re:** <br><br> Dennis L. Kneiblher, Jr., <br>     Debtor. <br> April L. Kneiblher, <br>     Joint Debtor. | Case No.: 13-36004 <br><br> Chapter: 13 <br><br> Hearing Date: August 12, 2020 <br><br> Judge: Michael B. Kaplan |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 12, 2020**

*Michael B. Kaplan* <br>
Honorable Michael B. Kaplan <br>
United States Bankruptcy Judge

**Page 2**

Debtor(s): Dennis L. Kneiblher, Jr. and April L. Kneiblher
Case No.: 13-36004-KCF
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

      The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on December 17, 2013 as Claim No. 4-1 on the Claims Register.

      ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

      ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.